NO. 4:25-CV-1998

| | | |
|---|---|---|
| AMCAP MORTGAGE, LTD. | § § § | |
| | § | IN THE UNITED STATES DISTRICT |
| VS. | § | COURT FOR THE SOUTHERN DISTRICT |
| | § | OF TEXAS |
| SAP CONCUR | § | |

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, _____K. Roswold_____ (Process Server), personally appeared and stated under oath as follows:

1. My name is _____K. Roswold_____ (server). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

_____PO Box 3796  Houston, TX 77253_____(
**SERVER'S ADDRESS)**

2. ON _____5/7/25_____ **(DATE)** AT __2__ : __19__ ( P )M **(TIME)** ,SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT came to hand for delivery to **SAP CONCUR, BY SERVING ANY OFFICER OF THE COMPANY**.

3. ON _____5/14/25_____ **(DATE)** AT __2__ : __20__ ( P ) M **(TIME)** The above named documents were hand delivered to: **SAP CONCUR, BY SERVING ANY OFFICER OF THE COMPANY** by hand delivering to:

_James Roberts, Representative for CT Corporation System, registered agent for Concur Technologies, Inc._
**(Name and Title)** a person authorized to accept service at:

____711 Capitol Way South #204 Olympia, WA 98501_____
**(ADDRESS)**, in Person, **in accordance to Rule 108 TRCP.**

**FURTHER AFFIANT SAYETH NOT.**

_Kim S Rosw___ (signature)
**SERVER'S SIGNATURE**

K. Roswold
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by _____K. Roswold_____ (server) appeared on **this** _19th_ **day of** _May_ 2025 to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND FOR THE STATE OF** _Washington_
**2025.05.1018122**